CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEREMY PHILIP KEYS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CIVIL NO. 4:25-cv-05126-HSG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c. As appropriate, the

Stip. to Remand, [4:25-cv-05126-HSG]　　　　　　　　1

Administrative Law Judge may request the medical sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. § 416.920b.

- Give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p).
- Obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Rulings 83-12, 83-14, 85-15 and/or 96-9p).
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 19, 2025     By: /s/ Francesco P. Benavides
                           FRANCESCO P. BENAVIDES
                           (as authorized by email)
                           Attorneys for Plaintiff

Dated: August 19, 2025     CRAIG H. MISSAKIAN
                           United States Attorney

                    By:    /s/ Erin Highland
                           ERIN HIGHLAND
                           Special Assistant U.S. Attorney
                           Office of Program Litigation, Office 7
                           Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: 8/19/2025

*[signature: Haywood S. Gilliam Jr.]*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge