CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JEREMY PHILIP KEYS, | ) | CIVIL NO.  4:25-cv-05126-HSG |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on 8/19/2025.

JUDGMENT is entered for Plaintiff, and this case is closed.

Judgment [4:25-cv-05126-HSG]                    1

Dated this 19th day of August, 2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

Proposed Judgment [4:25-cv-05126-HSG]          2